IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
CASE NO.: 5:19-cv-00248-TKW-MJF

NOLAND'S ROOFING, INC. A/A/O
RUBEN LAUREL,

      Plaintiff,

v.

VOYAGER INDEMNITY INSURANCE
COMPANY,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, NOLAND'S ROOFING, INC., A/A/O RUBEN LAUREL, and Defendant, VOYAGER INDEMNITY INSURANCE COMPANY, hereby provide notice that Plaintiff and Defendant have settled this matter. The parties request that this Honorable Court retain jurisdiction to enforce the terms of the formal settlement agreement, which is being drafted by the parties' counsel.

                Respectfully submitted,

                /s/ _Matthew L. Baldwin_____
                **Matthew L. Baldwin, Esq.**
                Fla. Bar No.: 27463
                Email: Matthew@VargasGonzalez.com
                E-service: jpiantini@VargasGonzalez.com

          **Vargas Gonzalez Hevia Baldwin, LLP**
          2050 W. Co Highway 30-A
          Unit M1-20
          Santa Rosa Beach, Florida 32459
          Telephone: (850) 347-4001
          Facsimile: (850) 631-2741
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2019, the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified.

          By:    */s/ Matthew L. Baldwin*
                      **Matthew L. Baldwin, Esq.**
                      Fla Bar No: 27463
                      E-mail: Matthew@VargasGonzalez.com

**SERVICE LIST**
Sara Levy, Esq.
Florida Bar No. 23767
Email: slevy@shutts.com
Daniel R. Lazaro, Esq.
Florida Bar No. 99021
Email: dlazaro@shutts.com
**SHUTTS & BOWEN LLP**
200 East Broward Boulevard
Suite 2100
Fort Lauderdale, FL 33301
Telephone: (954) 524-5505
Facsimile: (954) 524-5506
*Attorneys for Defendant*