UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**NOLAND'S ROOFING, INC.**
a/a/o Ruben Laurel**,**

    **Plaintiff,**

v.     Case No. 5:19cv248-TKW-MJF

**VOYAGER INDEMNITY**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER

Based on the parties' stipulation of dismissal (Doc. 19), it is **ORDERED** that:

1. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**. The Court retains jurisdiction for purposes of enforcing the settlement agreement.

2. The Clerk is directed to close the file pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

**DONE and ORDERED** this 13th day of November, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

1